# Exhibit A
## State Court Summons & Complaint Case No. A-22-852200-C

Case 2:22-cv-00863-MMD-EJY   Document 1-2   Filed 05/31/22   Page 2 of 9

Electronically Issued
5/5/2022 4:09 PM

RECEIVED
2022 MAY 10 AM 10:51
U.S. ATTORNEY'S OFFICE
LAS VEGAS, NV

SEI
Paul D. Powell, Esq.
Nevada Bar No. 7488
Jonathon C. Roberts, Esq.
Nevada Bar No. 13573
The Paul Powell Law Firm
8918 Spanish Ridge Avenue, Suite 100
Las Vegas, Nevada 89148
paul@tplf.com
jroberts@tplf.com
Phone: (702) 728-5500
Facsimile: (702) 728-5501
*Attorneys for Plaintiff*

## DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| JOHN VAN STEENIS, individually, | ) CASE NO: A-22-852200-C |
| | ) CASE NO. |
| Plaintiff, | ) DEPT. NO Department 30 |
| vs. | ) |
| | ) |
| RICKEY C. KENDRICK, individually; UNITED STATES POSTAL SERVICE,; DOES I-X, and ROE CORPORATIONS INC. | ) **SUMMONS** |
| | ) |
| Defendants. | ) |

**NOTICE! YOU HAVE BEEN SUED, THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 20 DAYS, READ THE INFORMATION BELOW.**

### UNITED STATES POSTAL SERVICE

TO THE DEFENDANT(S): A civil Complaint has been filed by the Plaintiff(s) against you for the relief set forth in the Complaint.

1. If you intend to defend this lawsuit, within 20 days after this Summons is served on you, exclusive of the day of service, you must do the following:
   a. File with the Clerk of this Court, whose address is shown below, a formal written response to the Complaint in accordance with the rules of the Court, with the appropriate filing fee.
   b. Serve a copy of your response upon the attorney whose name and address is shown below.
2. Unless you respond, your default will be entered upon application of the Plaintiff(s) and this Court may enter a judgment against you for the relief demanded in the Complaint, which could result in the taking of money or property or other relief requested in the Complaint
3. If you intend to seek the advice of an attorney in this matter, you should do so promptly so that your response may be filed on time.

- 1 -

Case Number: A-22-852200-C

4. The State of Nevada, its political subdivisions, agencies, officers, board members, commission members and legislators, each have 45 days after service of this summons within which to file an answer or other responsive pleading to the complaint.

Issued at the direction of:

*[signature]*
Paul D. Powell, Esq.
Nevada Bar No. 7448
Jared D. Powell, Esq.
Nevada Bar No. 15086
Tom W. Stewart, Esq.
Nevada Bar No. 14280
Jonathon C. Roberts, Esq.
Nevada Bar No. 13573
THE POWELL LAW FIRM
8918 Spanish Ridge Avenue, Suite 100
Las Vegas, Nevada 89148

STEVEN D. GRIERSON
CLERK OF THE COURT

*[signature]* Robyn Rodriguez   5/5/2022
DEPUTY CLERK                    DATE
County Courthouse
200 Lewis Avenue, 3rd Floor, Suite 3125
Las Vegas, Nevada 89155
Robyn Rodriguez

- 2 -

Electronically Filed
5/5/2022 4:09 PM
Steven D. Grierson
CLERK OF THE COURT

**COMP**
Paul D. Powell, Esq.
Nevada Bar No. 7488
Jonathon C. Roberts, Esq.
Nevada Bar No. 13573
The Paul Powell Law Firm
8918 Spanish Ridge Avenue, Suite 100
Las Vegas, Nevada 89148
paul@tplf.com
jroberts@tplf.com
Phone: (702) 728-5500
Facsimile: (702) 728-5501
*Attorneys for John Van Steenis*

CASE NO: A-22-852200-C
Department 30

RECEIVED
2022 MAY 10 AM 10: 51
U.S. ATTORNEY'S OFFICE
LAS VEGAS, NV

### DISTRICT COURT

### CLARK COUNTY, NEVADA

| | |
|---|---|
| JOHN VAN STEENIS, individually, | CASE NO. |
| Plaintiff, | DEPT. NO. |
| vs. | |
| RICKEY C. KENDRICK, individually; UNITED STATES POSTAL SERVICE; DOES I-X, and ROE CORPORATIONS INC. | **COMPLAINT** |
| Defendants. | |

Plaintiff JOHN VAN STEENIS by and through his attorney of record, PAUL D. POWELL, ESQ., of THE POWELL LAW FIRM, complains against Defendants RICKEY C. KENDRICK and UNITED STATES POSTAL SERVICE as follows:

### GENERAL ALLEGATIONS

1. Plaintiff JOHN VAN STEENIS (hereinafter "Plaintiff") is, and at all times mentioned herein, was, a resident of the County of Las Vegas, State of Nevada.

2. Defendant RICKEY C. KENDRICK is, and at all times mentioned herein, was, a resident of County of Clark, State of Nevada.

3. Defendant UNITED STATES POSTAL SERVICE is, and at all times mentioned herein, was, an independent agency of the executive branch of the United States federal government.

4. The true names and capacities of the Defendants designated herein as Doe or Roe Corporations are presently unknown to Plaintiff at this time, who therefore sues said Defendants by such fictitious names. When the true names and capacities of these Defendants are ascertained, Plaintiff will amend this Complaint accordingly said Does include but are not limited to unknown freight brokers, trucking companies, and third-party logistical companies.

5. At all times pertinent, Defendants were agents, servants, employees or joint venturers of every other Defendant herein, and at all times mentioned herein were acting within the scope and course of said agency, employment, or joint venture, with knowledge and permission and consent of all other named Defendants.

6. Defendant, RICKEY C. KENDRICK, is, and at all times mentioned herein, was, the driver of a United States Postal Service vehicle, (hereinafter "Vehicle").

7. Defendant, UNITED STATES POSTAL SERVICE, is, was, at all times mentioned herein, the owner of the Vehicle.

8. At all times mentioned herein, Defendant, RICKEY C. KENDRICK, was driving Defendant, UNITED STATES POSTAL SERVICE's vehicle with permission from Defendant UNITED STATES POSTAL SERVICE.

9. On February 16, 2021, in Clark County, Nevada, Defendant, RICKEY C. KENDRICK, was the driver of a vehicle owned by Defendant, UNITED STATES POSTAL SERVICE – while in the course and scope of his employment with

UNITED STATES POSTAL SERVICE – and negligently caused a crash with Plaintiff. Plaintiff reserves the right to name additional UNITED STATES POSTAL SERVICE employees as the driver of the vehicle at the time of the crash.

10. As a direct and proximate result of Defendant, RICKEY C. KENDRICK's negligence, Plaintiff sustained injuries to Plaintiff's shoulders, back, bodily limbs, organs and systems, all or some of which conditions may be permanent and disabling, and all to Plaintiff's damages in a sum in excess of $15,000.00.

11. As a direct and proximate result of Defendant, RICKEY C. KENDRICK's negligence, Plaintiff received medical and other treatment for the aforementioned injuries, and that said services, all to the damages of Plaintiff.

12. As a direct and proximate result of Defendant, RICKEY C. KENDRICK's negligence, Plaintiff has been required to, and has limited occupational and recreational activities, which have caused and shall continue to cause Plaintiff loss of earning capacity, lost wages, physical impairment, mental anguish, and loss of enjoyment of life, in a presently unascertainable amount.

13. As a direct and proximate result of the aforementioned negligence of all Defendants, Plaintiff has been required to engage the services of an attorney, incurring attorney's fees and costs to bring this action.

**FIRST CAUSE OF ACTION**

14. Plaintiff incorporates paragraphs 1 through 14 of the Complaint as though said paragraphs were fully set forth herein.

15. Defendant, RICKEY C. KENDRICK, owed Plaintiff a duty of care to operate the Vehicle in a reasonable and safe manner. Defendant, RICKEY C. KENDRICK, breached that duty of care by striking Plaintiff with his vehicle.

16. The acts of Defendant, RICKEY C. KENDRICK, as described herein violated the traffic laws of the State of Nevada and Clark County.

17. Plaintiff is in the class of individuals who are meant to be protected pursuant to the statue(s) violated by Defendant.

18. Defendant, RICKEY C. KENDRICK's actions and statutory violation constitute negligence per se.

19. Defendant, RICKEY C. KENDRICK, was an employee of Defendant, UNITED STATES POSTAL SERVICE, at the time of the acts complained of herein.

20. Defendant, RICKEY C. KENDRICK, was in the course and scope of his employment with Defendant, UNITED STATES POSTAL SERVICE, at the time of the acts complained of herein.

21. Because Defendant, RICKEY C. KENDRICK, was in the course and scope of his employment with Defendant, UNITED STATES POSTAL SERVICE, at the time of the crash, Defendant, UNITED STATES POSTAL SERVICE, is liable for Defendant, RICKEY C. KENDRICK's actions based on the doctrine of respondeat superior.

22. As a direct and proximate result of the negligence of Defendant, RICKEY C. KENDRICK, Plaintiff has been damaged in an amount in excess of $15,000.00.

///

///

## SECOND CAUSE OF ACTION

23. Plaintiff incorporates paragraphs 1 through 23 of the Complaint as though said paragraphs were fully set forth herein.

24. Defendant, UNITED STATES POSTAL SERVICE, was the owner, or had custody and control of the Vehicle. Defendant, UNITED STATES POSTAL SERVICE, did entrust the Vehicle to the control of Defendant, RICKEY C. KENDRICK.

25. Defendant, RICKEY C. KENDRICK, was incompetent, inexperienced, or reckless in the operation of the Vehicle.

26. Defendant, UNITED STATES POSTAL SERVICE, actually knew, or by the exercise of reasonable care, should have known, that Defendant, RICKEY C. KENDRICK, was incompetent, inexperienced, or reckless in the operation of motor vehicles.

27. Plaintiff was injured as a proximate consequence of the negligence and incompetence of Defendant, RICKEY C. KENDRICK.

28. As a direct and proximate cause of the negligent entrustment of the Vehicle by Defendant, UNITED STATES POSTAL SERVICE, to Defendant, RICKEY C. KENDRICK, Plaintiff has been damaged in an amount in excess of $15,000.00.

WHEREFORE, Plaintiff expressly reserves the right to amend this Complaint prior to or at the time of trial of this action, to insert those items of damage not yet fully ascertainable, and pray judgment against all Defendants, and each of them, as follows:

1. For general damages sustained by Plaintiff in an amount in excess of $15,000.00;
2. For special damages sustained by Plaintiff in an amount in excess of $15,000.00;
3. For property damages sustained by Plaintiff;

4. For reasonable attorney's fees and costs;

5. For interest at the statutory rate;

6. Plaintiff specifically seeks damages not to exceed $74,999.99; and

7. For such other further relief as the Court deems just and proper.

DATED this 5th day of May, 2022.

THE PAUL POWELL LAW FIRM

/s/ Jonathon C. Roberts
_____
Paul D. Powell, Esq.
Nevada Bar No. 7488
Jonathon C. Roberts, Esq.
Nevada Bar No. 13573
The Paul Powell Law Firm
8918 Spanish Ridge Avenue, Suite 100
Las Vegas, Nevada 89148