Paul D. Powell (7488)
Tom W. Stewart (14280)
**THE POWELL LAW FIRM**
8918 Spanish Ridge Avenue, Suite 100
Las Vegas, Nevada 8914
paul@tplf.com | tom@tplf.com
Phone 702.728.5500 | Fax 702.728.5501
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN VAN STEENIS, individually, <br><br> Plaintiff, <br><br> v. <br><br> RICKY C. KENDRICK, individually, et al., <br><br> Defendants. | Case No.  2:22-cv-00863-MMD-EJY <br><br> **STIPULATION AND ORDER** |

The parties stipulate to the following:

1. To withdraw the pending motion to dismiss, ECF No. 11;

2. To substitute out defendants Ricky C. Kendrick and the United States Postal Service and to substitute in the United States of America as the sole defendant;

3. To change the caption to include the United States of American as the sole defendant;

4. To dismiss plaintiff's claim for negligent entrustment;

5. To dismiss plaintiff's claim for respondeat superior;

6. To allow plaintiff 30 days from entry of this stipulation and order to file an amended complaint to properly plead administrative exhaustion pursuant to 28 U.S.C. 2675(a); and

. . .

. . .

. . .

- 1 -

7. To allow the United States of America 30 days from the filing of the amended complaint to file its responsive pleading.

| Dated August 15, 2022. | Dated August 15, 2022 |
|---|---|
| **THE POWELL LAW FIRM** | **JASON FRIERSON,** United States Attorney |
| /s/ Tom W. Stewart<br>Tom W. Stewart (14280)<br>Attorneys for Plaintiff | /s/ Skyler H. Pearson<br>Skyler H. Pearson, Assistant United States Attorney<br>Attorneys for the United States |

**ORDER**

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**

Dated: August 16, 2022

- 2 -