Paul D. Powell (7488)
Traysen N. Turner (16017)
**THE POWELL LAW FIRM**
8918 Spanish Ridge Avenue, Suite 100
Las Vegas, Nevada 89148
paul@tplf.com | tturner@tplf.com
Phone 702.728.5500 | Fax 702.728.5501
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN VAN STEENIS, an individual,<br><br>        Plaintiff,<br>v.<br><br>UNITED STATES OF AMERICA, a sovereign entity,<br><br>        Defendant. | Case No. 2:22-cv-00863-MMD-EJY<br><br>**STIPULATION AND ORDER TO AMEND COMPLAINT** |

The parties hereby stipulate that plaintiff may amend his complaint to remove improperly named parties and plaintiff's demand for jury trial. Pursuant to Local Rule 15-1(a), a copy of the proposed second amended complaint is attached as Exhibit 1. Defendant's answer to the second amended complaint will be due on October 17, 2022.

Dated September 29, 2022.                                Dated September 29, 2022.

**THE POWELL LAW FIRM**                           **JASON FRIERSON,** United States Attorney

/s/ Traysen N. Turner                                      /s/Skyler H. Pearson
Traysen N. Turner (16017)                              Skyler H. Pearson, Assistant United States Attorney
Attorneys for Plaintiff                                        Attorneys for Defendant

                                                                         IT IS SO ORDERED.

                                                                         _____
                                                                         UNITED STATES MAGISTRATE JUDGE

                                                                         DATED:  September 29, 2022

- 1 -